| Submit this form by e-mail to: | FILED |
|---|---|
| CrimIntakeCourtDocs-LA@cacd.uscourts.gov  For Los Angeles criminal duty. | |
| CrimIntakeCourtDocs-SA@cacd.uscourts.gov  For Santa Ana criminal duty. | 2022 JUN 22 AM 11:47 |
| CrimIntakeCourtDocs-RS@cacd.uscourts.gov  For Riverside criminal duty. | |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA  V.  PLAINTIFF | CASE NUMBER: **MJ 22-02440** |
|---|---|
| Rovier Carrington | REPORT COMMENCING CRIMINAL ACTION |
| USMS# 65938-509  DEFENDANT | |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT        **MJ 22-02440**

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. The defendant was arrested in this district on 06/22/2022 at 0930 ☒ AM ☐ PM
   or
   The defendant was arrested in the _____ District of _____ on _____ at _____ ☐ AM ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:   ☐ Yes   ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):   ☒ Yes   ☐ No

4. Charges under which defendant has been booked:
   Order of the Court: Willful failure to appear

5. Offense charged is a:   ☒ Felony   ☐ Minor Offense   ☐ Petty Offense   ☐ Other Misdemeanor

6. Interpreter Required:   ☒ No   ☐ Yes   Language: _____

7. Year of Birth: 1988

8. Defendant has retained counsel:   ☒ No
   ☐ Yes   Name: _____        Phone Number: _____

9. Name of Pretrial Services Officer notified: Duty Officer

10. Remarks (if any): _____

11. Name: David Zevallos   (please print)

12. Office Phone Number: 213-620-7676

13. Agency: U.S. Marshals Service

14. Signature: _(signed)_

15. Date: 06/22/2022

CR-64 (09/20)                REPORT COMMENCING CRIMINAL ACTION